# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Case No. Civil 00-543 JRT/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Diane J. James

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's motion is granted; and

2. Judgment is entered for plaintiff and against defendant in the amount of $7,109.49 in principal; prejudgment interest to January 24, 2000,of $4,426.78; additional prejudgment interest at the rate of seven percent per annum from January 24, 2000, to the date of entry of judgment; postjudgment interest at the legal rate; administrative and collection costs of $5.65; and, pursuant to 28 U.S.C. 2412, costs of $150.00.

DATE: December 28, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk